United States District Court
Southern District of Texas
**ENTERED**
October 29, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| LISA MARIE SMITH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. G-17-0123 |
| | § | |
| SWEENY INDEPENDENT SCHOOL DISTRICT, | § | |
| | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order granting Defendant Sweeny ISD's Motion for Summary Judgment, this action is **DISMISSED WITH PREJUDICE.**

Each party is responsible for its own costs.

This is a **FINAL JUDGMENT.**

**SIGNED** at Houston, Texas, on this 29th day of October, 2018.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE